FILED IN CHAMBERS
U.S.D.C. - Rome
DEC 13 2012
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

MARIA SANTANA-RIVERA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL ACTION NO.
NO. 4:10-CR-0019-RLV

CIVIL ACTION NO.
NO. 4:12-CV-0121-RLV

## O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court. In adopting the magistrate judge's report and recommendation, the court considered the petitioner's November 19, 2012 objections. However, the court concludes that the petitioner voluntarily signed a valid sentence-appeal waiver when she pled guilty. This fact undermines the petitioner's arguments contained in her November 19, 2012 objections.

SO ORDERED, this 13TH day of December, 2012.

_____
ROBERT L. VINING, JR.
Senior United States District Judge